UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ONEPLUS USA CORP.,                                                     :
                                                                       :
                        Plaintiff,                                     :
                                                                       :
            -v-                                                        :   25 Civ. 4453 (JPC)
                                                                       :
PHOBIO LLC,                                                            :   ORDER
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 24, 2025, Plaintiff served Defendant with copies of the Summons and Amended Complaint. Dkt. 10. Defendant's deadline to respond to the Complaint was therefore July 15, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until August 22, 2025. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by August 29, 2025.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Defendant was served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: August 15, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge