# Meyner and Landis LLP
Attorneys At Law
100 Park Avenue
16ᵀᴴ Floor
New York, New York 10017
www.meyner.com

reply to:
Catherine Pastrikos Kelly
Direct Dial: 973-602-3423
CKelly@meyner.com

New Jersey Address:
One Gateway Center
Suite 2500
Newark, New Jersey 07102

September 11, 2025

**Via ECF**
Hon. John P. Cronan, U.S.D.J.

      Re:    *OnePlus USA Corp. v. Phobio LLC*, Case No. 1:25-cv-04453-JPC

Dear Judge Cronan:

We represent Plaintiff in the above-referenced action. Pursuant to Your Honor's Individual Practices, we respectfully submit this letter-motion to request a one-week extension of time to file Plaintiff's motion for default judgment.

1. <u>Original deadline</u>: The current deadline for Plaintiff to file its motion for default judgment is September 12, 2025.

2. <u>Requested new deadline</u>: Plaintiff respectfully requests an extension of one week, through and including September 19, 2025.

3. <u>Reason for request</u>: Plaintiff requires additional time to obtain supporting documents from its client. The necessary documents are maintained by employees in China, requiring international coordination that has proven more time-consuming than anticipated. In addition, several individuals who previously handled these matters are no longer with the company, which has further complicated document collection.

4. <u>Previous requests</u>: This is Plaintiff's first request for an extension of this deadline.

5. <u>Status of prior requests</u>: not applicable

6. <u>Opposing counsel's position</u>: Defendant has not appeared in this action, and therefore Plaintiff has not conferred with opposing counsel regarding this request.

Plaintiff acknowledges that this request is being made less than 48 hours before the deadline. The need for the requested extension only became apparent after ongoing efforts to obtain the necessary documents were delayed by unexpected logistical challenges, including the requirement to coordinate across time zones with employees in China. Plaintiff respectfully submits that these constitute compelling circumstances warranting a brief extension.

Hon. John P. Cronan, U.S.D.J.
September 11, 2025
Page 2

    This requested extension will affect the deadline for Defendant to respond to the motion for default judgment, currently set for September 26, 2025, and the deadline for Plaintiff's reply to the motion for default judgment, currently set for October 3, 2025. This extension may affect the hearing on the motion for default judgment currently scheduled for October 27, 2025 at 10 a.m.

    We therefore respectfully request that the Court grant Plaintiff an extension of one week, through and including September 19, 2025, to file its motion for default judgment.

                  Respectfully submitted,
                  **MEYNER AND LANDIS LLP**

                  *Catherine Pastrikos Kelly*

                  Catherine Pastrikos Kelly

The request is granted with respect to the deadline to file Plaintiff's motion for default judgment. The Court will enter an order modifying the remaining deadlines and date of the hearing on the motion. The Clerk of the Court is respectfully directed to close Docket Number 19.

SO ORDERED.
Date: September 12, 2025
New York, New York

                JOHN P. CRONAN
                United States District Judge