UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ONEPLUS USA CORP., | ) ) ) | Index No.: 1:25-cv-04453-JPC |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) ) |  |
| PHOBIO LLC, | ) ) ) |  |
| Defendant. | ) ) ) |  |

JOHN P. CRONAN, United States District Judge

Pursuant to the Court's Individual Practices, and in connection with Plaintiff's request for an extension of time to file its motion for default judgment, the schedule is revised as follows:

1. Plaintiff's deadline to file its motion for default judgment is extended from September 12, 2025 to September 19, 2025.

2. Defendant's deadline to respond to the motion for default judgment is extended from September 26, 2025 to October 3, 2025.

3. Plaintiff's deadline to file its reply in further support of the motion for default judgment is extended from October 3, 2025 to October 10, 2025.

4. The hearing on the motion for default judgment is scheduled for ~~October 27, 2025, at 10:00 a.m.~~ November 5, 2025, at 10:00 a.m. - JPC

All other provisions of the prior scheduling order remain in effect.

SO ORDERED.

Dated: New York, New York
September _12_, 2025

_____
JOHN P. CRONAN, U.S.D.J.

1