```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ONEPLUS USA CORP.,                                                     :
                                                                       :
                              Plaintiff,                               :
                                                                       :
               -v-                                                     :   25 Civ. 4453 (JPC)
                                                                       :
PHOBIO LLC,                                                            :   ORDER
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

A hearing on Plaintiff's motion for default judgment against Defendant, Dkt. 22, is scheduled for November 5, 2025, at 10:00 a.m. Dkt. 21. On October 24, 2025, the Court ordered Plaintiff to file a letter brief by October 29, 2025. Dkt. 25. In addition to that letter brief, Plaintiff shall file a supplemental letter brief by October 30, 2025, addressing the following three issues.

First, Plaintiff shall show cause why service of the Amended Complaint, Dkt. 8, was proper under Rule 4 of the Federal Rules of Civil Procedure.

Second, because the Court must "determine whether the [Amended Complaint's] allegations establish [Defendant's] liability as a matter of law," *Finkel v. Romanowicz*, 577 F.3d 79, 84 (2d Cir. 2009), Plaintiff shall explain why the Amended Complaint states a claim with respect to each cause of action for which default judgment is sought, including by identifying how each element of the cause of action is satisfied by the well-pleaded allegations of the Amended Complaint. Plaintiff may, however, indicate instead that it rests on its argument in its moving brief, Dkt. 22-1 at 6-10.

Third, Plaintiff shall advise the Court whether it served Defendant with its letter dated September 11, 2025, Dkt. 19, and the Court's Orders dated September 12, 2025, Dkts. 20-21.

1

Within two days of this Order, Plaintiff shall serve Defendant via overnight courier with a copy of this Order and file proof of such service on the docket.  By October 31, 2025, Plaintiff shall serve Defendant via overnight courtier with a copy of the supplemental letter brief required by this Order and file proof of such service on the docket.

    SO ORDERED.

Dated: October 28, 2025
      New York, New York

                                    JOHN P. CRONAN
                                 United States District Judge