UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
ONEPLUS USA CORP.,                                                      :
                                                                        :
                 Plaintiff,                                         :
                                                                        :
        -v-                                                    :    25 Civ. 4453 (JPC)
                                                                        :
PHOBIO LLC,                                                             :    ORDER
                                                                        :
                 Defendant.                                        :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       For the reasons stated on the record at today's conference, Plaintiff's motion for default judgment is denied without prejudice. The Clerk of Court is respectfully directed to close Docket Number 22.

       SO ORDERED.

Dated: November 5, 2025
       New York, New York                                JOHN P. CRONAN
                                                           United States District Judge