UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                    :
ONEPLUS USA CORP.,                                                  :
                                                                    :
                              Plaintiff,                            :
                                                                    :          25 Civ. 4453 (JPC)
              -v-                                                   :
                                                                    :          ORDER
PHOBIO LLC,                                                         :
                                                                    :
                              Defendant.                            :
                                                                    :
--------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On December 3, 2025, Plaintiff served Defendant with copies of the Summons and Second

Amended Complaint.  Dkt. 37.  Defendant's deadline to respond to the Second Amended Complaint

was therefore December 24, 2025.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).  That deadline has passed,

and the docket does not reflect a response to the Second Amended Complaint from Defendant.

Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Second Amended

Complaint until January 9, 2026.  If Defendant once again fails to respond to the Second Amended

Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by January 16, 2026.

        Plaintiff is directed to mail a copy of this Order by First Class Mail to Defendant, and to file

proof of service on the docket within two days of such service.

        SO ORDERED.

Dated: December 30, 2025
       New York, New York                           _____
                                                             JOHN P. CRONAN
                                                          United States District Judge